# EXHIBIT A-2

DEAL# 9661
CUST# 50932

 **SUBARU.**

SUBARU MOTORS FINANCE*

## RETAILER BULLETIN

# Retail Contract Worksheet

This worksheet MUST be included/attached to every retail contract.
Subaru Motors Finance (SMF) will review a dealer reserve or
flat fee discrepancy up to 90 days after the original booking date.
SMF will accept contracts completed as follows:

| Customer Name: | RENEE A GIRON |
|---|---|
| Approval #: | 200131820470 |
| Retailer Name: | GRAND SUBARU, LLC |

*Please complete one box* below to indicate the appropriate funding program
for the retail contract noted above. After checking the appropriate program box,
be sure to circle either "yes" or "no" regarding buydown in the same box:

| SMF SPECIAL LOW RATE (SOA sale type L) | SMF STANDARD RATE (SOA sale type A) | SMF SCPO[2] LOW RATE |
|---|---|---|
| Please check here: | Please check here: | Please check here: |
|  |  |  |
| Buydown Contract Rate? | Buydown Contract Rate? | Buydown Contract Rate? |
| Yes[1]  (No)  (circle one) | Yes[1]  No  (circle one) | Yes[1]  No  (circle one) |

**Important Reminders**

Rate mark-up: Up to 1% from approved new Manufacturer Special rate. Mark-up will not be permitted on any national or regional advertised rates, including but not limited to 0%.

PLEASE NOTE: Because SMF standard rates are zone specific and the Special Low Rate (SOA sale type L) & SCPO Low Rate programs are national or zone programs, it is possible for SMF standard rate to be lower than the program Low Rate. In these instances, the lower of the 2 rates will prevail. This does not restrict your ability to mark up the rate (where permitted), but if the SCPO Low Rate is the lower rate, mark-up is restricted to a maximum of 1% from the SCPO rate (see Standard Retail Product Reference Sheet for maximum mark-up when using standard rate).

This worksheet is not intended to, and does not, replace any SMF program documents. Refer to the actual program announcements and/or other documents for guidelines, restrictions, etc. – Retailer responsibility.

[1]If you circle "Yes" for a Buydown Contract Rate, this form will be used as your authorization to deduct the necessary buydown amount from your proceeds.

[2]Incude completed and signed SCPO Service Agreement Application with funding package.

© 2017 JPMorgan Chase Bank, N.A. Member FDIC

* The tradename "Subaru Motors Finance" and the Subaru logo are owned / licensed by Subaru of America, Inc. and are licensed to JPMorgan Chase Bank, N.A. ("Chase"). Retail / Loan accounts and lease accounts are owned by Chase.

Retailer Use Only. Not Intended for Distribution.

64455*1*GS-FI

SMF – Retail Contract Worksheet (17-384C) 7-06-17