## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Renee Giron
                    Plaintiff,

v.                                               Case No.: 1:22−cv−00075
                                                          Honorable Jorge L. Alonso

Subaru of America, Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: The Court has reviewed Plaintiff's response concerning Defendant's motion to stay pending resolution of appeal [47]. Defendant's opposed motion to stay pending resolution of appeal [44] is granted, as Plaintiff has withdrawn her opposition. This case is stayed pending further order of the Court. Motion hearing date of 1/11/23 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.