# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 8, 2023

*By the Court*:

| | |
|---|---|
| No. 22-3249 | RENEE GIRON,<br>　　　　　Plaintiff - Appellee<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br>　　　　　Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00075<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

Upon consideration of the **JOINT MOTION TO VOLUNTARILY DISMISS THE APPEAL**, filed on March 8, 2023, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**　　(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit