UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RENEE GIRON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU OF AMERICA, INC.,<br>Defendant. | No.: 1:22-cv-00075<br><br>District Judge Jorge Luis Alonso<br><br>Magistrate Judge Maria Valdez |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Renee Giron and Defendant Subaru of America, Inc. (each a "Party"), by and through their undersigned counsel, that the above-captioned action is dismissed with prejudice and without costs to either Party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

SO STIPULATED AND AGREED, this 9th day of March 2023.

/s/ Daniel O. Herrera

Daniel O. Herrera
Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL, LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Ph: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Counsel for Plaintiff and the Proposed Class*

/s/ Thomas E. Ahlering

Livia M. Kiser
Thomas E. Ahlering
**KING & SPALDING LLP**
110 N. Wacker Dr., Ste. 3800
Chicago, IL 60606
Ph: 312.995.6333
lkiser@kslaw.com
tahlering@kslaw.com

*Counsel for Defendant Subaru of America, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2023, I submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system of the court.

*/s/ Thomas E. Ahlering*
*Counsel for Defendant Subaru of America, Inc.*